

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

AIDELI LEEANETTE JIMENEZ,      §      No. 08-20-00003-CR

Appellant,      §      Appeal from the

v.      §      County Court at Law No. 7

THE STATE OF TEXAS,      §      of El Paso County, Texas

State.      §      (TC# 20170C06112)

§

# **O R D E R**

The Court GRANTS the Appellant's fifth motion for extension of time within which to file the brief until **October 3, 2020**.  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Eduardo Solis, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before October 3, 2020.

IT IS SO ORDERED this 4th day of September, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.